OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0006557458    FEB 13
MAILED FROM ZIP CODE 7870

2/11/2015
PAUL, BRIAN          Tr. Ct. No. 114-1456-09-A          WR-82,299-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

BRIAN PAUL
TELFORD UNIT - TDC # 1646997

Smith
PO Box 90
Tyler TX 75710

UTF